EARL BLOCK, Plaintiff-Appellant, v. EDWARD ZAHOUR et al., Defendants-Appellees.

(No. 73-242; 

Second District (2nd Division)—April 15, 1975.

Opinion by Mr. JUSTICE THOMAS J. MORAN.

Earl Block, pro se.

William J. Scott, Attorney General, of Chicago, and Brady, McQueen, Martin, & Callahan, of Elgin (A. Zola Groves and Paul J. Bargiel, Assistant Attorneys General, of counsel), for appellees.